UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT ANTHONY EVANS,

    Plaintiff,

Case No. 1:19-cv-921

v.

Honorable Paul L. Maloney

SCOTT CLINE,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: December 4, 2019        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge